FILED
GREAT FALLS DIV.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

2008 MAY 14 PM 2 21

PATRICK E. DUFFY, CLERK

BY _____

DEPUTY CLERK

**GREAT FALLS DIVISION**

| | |
|---|---|
| RODNEY A. EDMUNDSON,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN JAMES MACDONALD, et. al.,<br><br>Defendants. | No.  CV-07-34-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on April 25, 2008.  Plaintiff filed objections on May 7, 2008.  The Court reviews *de novo* findings and recommendation to which objection is made.  28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.    Plaintiff's racial discrimination claim against Defendant MacDonald is DISMISSED with prejudice.

2.    Plaintiff's failure to protect claim against Defendant Sturchio is DISMISSED with prejudice.

_____

[1] Docket No. 8.

-1-

3.    Plaintiff's due process claims against Defendants MacDonald, Law, Sturchio,

Christiaens, McDonough, Gini, Mertz, Ford, and Larson are DISMISSED with prejudice.

4.    Plaintiff's retaliation claim against Defendant Sturchio for removing him from the

library is DISMISSED with prejudice.

5.    Plaintiff's denial of access to the courts claim against Defendant Sturchio is

DISMISSED with prejudice.

6.    Defendants MacDonald, Law, Christiaens, McDonough, Gini, Mertz, and Ford are

DISMISSED with prejudice.

7.    The Court declines to exercise supplemental jurisdiction over Plaintiff's state law

medical negligence claim against Defendant Larson. 28 U.S.C. §1367(c)(1).

DATED this _____ day of May, 2008.


SAM E. HADDON
United States District Judge

-2-