FILED
GREAT FALLS DIV.

2009 SEP 28   AM 9 36

PATRICK E. DUFFY, CLERK
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

RODNEY A. EDMUNDSON,

                Plaintiff,

    vs.

UNIT MANAGER R. STURCHIO,
CORRECTIONAL CAPTAIN
SULLIVAN, and MEDICAL STAFF
EMPLOYEE DARCY LARSON,

                Defendants.

No.  CV-07-34-GF-SEH-RKS

ORDER

On September 1, 2009, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter.  Plaintiff filed objections on September 21, 2009.[2]  The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Document No. 47

[2] Document No. 48

Findings and Recommendation and adopt them in full.

ORDERED:

1.     Plaintiff Edmundson's claims for injunctive and declaratory relief are DISMISSED AS MOOT;

2.     Defendants' Motion for Summary Judgement[3] on all remaining claims is GRANTED;

3.     The Clerk of Court shall terminate all pending motions, close this case, and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure;

4.     Any appeal from this disposition will not be taken in good faith as Plaintiff's claims are frivolous. Fed. R. App. P. 24(a)(3).

DATED this _28th_ day of September, 2009.

SAM E. HADDON
United States District Judge

---

[3] Document No. 36

-2-